IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS GEORGE, | : | CIVIL ACTION |
| | : | NO. 11-2234 |
| v. | : | |
| | : | |
| NORTHERN HEALTH FACILITIES, INC. | : | |
| d/b/a/ DRESHER HILL HEALTH, | : | |
| AND REHABILITATION CENTER, | : | |
| NORTHERN HEALTH FACILITIES, | : | |
| INC. EXTENDICARE HEALTH | : | |
| SERVICES, INC. | : | |

## ORDER

AND NOW, this 19th day of July, 2011, after consideration of defendant's motion to dismiss counts 3, 7 and 11 of plaintiff's complaint and plaintiff's response thereto, it is ORDERED that the motion is GRANTED.  Counts 3, 7 and 11 of plaintiff's complaint are DISMISSED.

Counsel shall agree upon a discovery schedule and submit same to Court within fourteen (14) days from date.

s/ Thomas N. O'Neill, Jr.

_____
THOMAS N. O'NEILL, JR., J.